People v Guitierez (2025 NY Slip Op 05639)

People v Guitierez

2025 NY Slip Op 05639

Decided on October 14, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 14, 2025

Before: Webber, J.P., Kennedy, Mendez, Rodriguez, Higgitt, JJ.

SCI No. 1865/19|Appeal No. 4938|Case No. 2020-00997|

[*1]The People of the State of New York, Respondent,

v

Brian Guitierez, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Laura Boyd of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Tara Collins, J. at plea; Leslie A. Stroth, J., at sentencing), rendered December 19 2019, convicting defendant of attempted criminal possession of a weapon in the second degree, and sentencing him to a term of 2 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.

Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Chirinos, 190 AD3d 434, 435 [1st Dept 2021]). We note that the People do not oppose this relief.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: October 14, 2025